656 A.2d 435

IN THE MATTER OF J. DANIEL HARRISON,
AN ATTORNEY AT LAW.

April 26, 1995.

## ORDER

The Disciplinary Review Board having filed its decision with the Court on March 23, 1995, recommending that **J. DANIEL HARRISON** of **PASSAIC,** who was admitted to the bar of this State in 1977, be reprimanded for violating *Rule* 1:21–6 (failure to keep required books and records) and *RPC* 1.15 (negligent misappropriation);

And the Disciplinary Review Board further recommending that respondent be required to provide quarterly audits of his attorney books and records and submit to periodic drug and alcohol screening;

And good cause appearing;

It is ORDERED that **J. DANIEL HARRISON** is hereby reprimanded; and it is further

ORDERED that respondent provide to the Office of Attorney Ethics a quarterly audit of his attorney books and records on a schedule to be determined by that office, until further Order of the Court; and it is further

ORDERED that respondent be tested for drug and alcohol use on a schedule to be determined by the Office of Attorney Ethics until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.